# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| American Guarantee & Liability Insurance Company a/s/o both QC Energy Resources Northwest, LLC and Quality Environmental Services, Inc., and QC Energy Resources Northwest, LLC and Quality Environmental Services, Inc., individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>Richland Pump & Supply, Inc.,<br><br>    Defendant. | **ORDER FOR STATUS CONFERENCE**<br><br><br><br><br><br>Case No. 1:19-cv-169 |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on November 3, 2020, at 9:00 a.m. via telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 18th day of November, 2019.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court