## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| American Guarantee & Liability Insurance Company a/s/o both QC Energy Resources Northwest, LLC and Quality Environmental Services, Inc., and QC Energy Resources Northwest, LLC, and Quality Environmental Services, Inc., individually, <br><br> Plaintiffs, <br><br> vs. <br><br> Richland Pump & Supply, Inc. and Iron Mule Products, Inc., <br><br> Defendants. | **ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE AND TRIAL** <br><br><br><br><br><br><br><br> Case No. 1:19-cv-169 |

On June 8, 2021, the court held a status conference with the parties. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The jury trial scheduled for September 27, 2021, shall be rescheduled for April 26, 2022, at 9:00 AM in Bismarck (courtroom #1) before Judge Traynor. A four (4) day trial is anticipated.

2. The final pretrial conference scheduled for September 14, 2021, shall be rescheduled for April 13, 2022, at 9:00 AM by telephone before the undersigned. To participate in the final pretrial conference, the parties are to call (877) 810-9415 and enter access code 8992581.

Dated this 8th day of June, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court